SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

       2. Case Administrator

FROM:   Financial Administrator

DATE: 5/13/11

CASE NAME: Husband

CASE NUMBER: 05-13018

Check Number 739541 in the amount of $ 4346.31 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 00403     Intake Clerk's Initials JM

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

FILED
11 MAY 13 AM 10: 14
CLERK
U.S. BANKRUPTCY
COURT - ERIE

05/10/2011

| | | |
|---|---|---|
| John J. Horner, Esquire | OR | John J. Horner, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: MERRICK Q HUSBAND
CINDA A HUSBAND
Case No: 05-13018A

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.
.

First American Investment Co++
65 Great Arrow
Buffalo,NY 14216

CHECK NUMBER 739541      AMOUNT $4346.31

The disbursement(s) was returned to the Trustee for the following reason:

CREDITOR ON GLOBAL RESERVE

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:VERONICA A SMITH ESQ
MERRICK Q HUSBAND
CINDA A HUSBAND
First American Investment Co++

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORECENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

Case 05-13018-TPA    Doc 65    Filed 05/13/11    Entered 05/13/11 15:27:57    Desc Main
Document    Page 3

**RONDA J. WINNECOUR**
CHAPTER 13 TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

SunTrust

**0739541**
DATE: Apr 26, 2011

PAY   Exactly Four Thousand Three Hundred Forty Six And 31/100 Dollars    $ ******4,346.31

VOID 90 DAYS AFTER DATE

TO THE ORDER OF:
CLERK, U S BANKRUPTCY COURT
CUSTODIAN OF UNCLAIMED FUNDS
17 S PARK ROW RM B-160
ERIE, PA  16501

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE
_MP

⑈739541⑈ ⑆061100790⑆ 000000575132⑈

---

**RONDA J. WINNECOUR**
CHAPTER 13 TRUSTEE

Check #.: **0739541**
Date: Apr 26, 2011
Creditor #: 68228

739541

Payee: CLERK, U S BANKRUPTCY COURT

| Case # | Debtor Name(s) | Account # | Claim # | Amount of Payment | Applied to Interest | Principal Balance |
|---|---|---|---|---|---|---|
| 0513018 | MERRICK Q & CINDA A HUSBAND | | FIRST AMERICAN INVESTMEN 00028 | 4,346.31 | 0.00 | 0.00 |
| | Comment: CREDITOR ON GLOBAL RESERVE*N( Collateral: | | | | | |
| | | | TOTALS | 4,346.31 | 0.00 | 0.00 |