FILED
12/26/12 7:58 am
CLERK
U.S. BANKRUPTCY
COURT - ERIE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MERRICK Q. HUSBAND AND CINDA A. HUSBAND | : | Case No. 05-13018 TPA |
| *Debtor(s)* | : | Chapter 13 |
| | : | |
| RESOLUTION MANAGEMENT, LLC | : | Related to Document No. 72 |
| *Movant(s)* | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |
| *Respondent(s)* | | |

### ORDER REQUIRING FILING FEE AND MOTION TO REOPEN

**WHEREAS** the above-captioned case was closed by previous Order, and the Court is without jurisdiction to consider any further relief being requested,

**NOW THEREFORE**, the *Motion to Pay Unclaimed Funds* is hereby **DENIED** without prejudice to the right to refile said request as a *new Motion to Pay Unclaimed Funds* along with a *Motion to Reopen the Case*, accompanied by the appropriate filing fee.

Dated: December 26, 2012

_____
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

amm

#15c-E